**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-80137 |
| | § | |
| FLEMING STEEL & SUPPLY, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $101,083.08 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $30,586.45 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $16,137.89 | | |

3) Total gross receipts of $46,724.34 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $46,724.34 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,602.96 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,137.89 | $16,137.89 | $16,137.89 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $61.01 | $12,802.20 | $12,802.20 | $12,802.20 |
| General Unsecured Claims (from **Exhibit 7**) | $354,256.64 | $365,499.45 | $320,804.95 | $17,784.25 |
| **Total Disbursements** | $354,317.65 | $396,042.50 | $349,745.04 | $46,724.34 |

4). This case was originally filed under chapter 7 on 04/03/2015. The case was pending for 53 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2019 By: /s/ Janet S. Northrup
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 Polaris 4-Wheeler | 1129-000 | $600.00 |
| 2005 Toyota Tundra Pickup | 1129-000 | $1,080.00 |
| Deer Stand & Deer Feeder | 1129-000 | $1,100.00 |
| Fax/Scanner | 1129-000 | $70.00 |
| MacBook 2 - $450.00, $200.00 | 1129-000 | $650.00 |
| Pearland State Bank Acct # 754-253 | 1129-000 | $16,084.55 |
| Small Fridge | 1129-000 | $50.00 |
| 2015 Tax Refund | 1224-000 | $1,882.95 |
| Tax Refunds | 1229-000 | $25,185.50 |
| Class Action Lawsuit - CE Design vs. Matrix | 1249-000 | $21.34 |
| **TOTAL GROSS RECEIPTS** | | $46,724.34 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al | 4110-000 | $0.00 | $1,602.96 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,602.96 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet S. Northrup, Trustee | 2100-000 | NA | $5,422.43 | $5,422.43 | $5,422.43 |
| Janet S. Northrup, Trustee | 2200-000 | NA | $60.06 | $60.06 | $60.06 |
| Internation Sureties, LTD | 2300-000 | NA | $22.20 | $22.20 | $22.20 |
| Integrity Bank | 2600-000 | NA | $991.93 | $991.93 | $991.93 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | $176.00 | $176.00 | $176.00 |

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee | 3410-000 | NA | $9,037.00 | $9,037.00 | $9,037.00 |
| Accountant for Trustee | 3420-000 | NA | $168.27 | $168.27 | $168.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,137.89 | $16,137.89 | $16,137.89 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | G David Fleming | 5300-000 | $0.00 | $10,000.00 | $10,000.00 | $6,135.00 |
| 8 | Internal Revenue Service | 5800-000 | $0.00 | $1,752.20 | $1,752.20 | $1,752.20 |
| | INTERNAL REVENUE SERVICE Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $3,100.00 |
| | INTERNAL REVENUE SERVICE Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $145.00 |
| | INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $620.00 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | 5800-000 | $0.00 | $42.00 | $42.00 | $42.00 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | 5800-000 | $0.00 | $145.00 | $145.00 | $145.00 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | 5800-000 | $0.00 | $620.00 | $620.00 | $620.00 |
| | Texas Comptroller of Public Accounts | 5800-000 | $61.01 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | TEXAS WORKFORCE COMMISSION State Unemployment (Employer) | 5800-000 | $0.00 | $243.00 | $243.00 | $243.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $61.01 | $12,802.20 | $12,802.20 | $12,802.20 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Steel Trading Company, Inc. | 7100-000 | $44,694.50 | $44,694.50 | $0.00 | $0.00 |
| 3 | Steel Trading Company Inc | 7100-000 | $0.00 | $44,694.50 | $44,694.50 | $6,847.15 |
| 4 | OPS Sales Company | 7100-000 | $71,391.42 | $71,391.42 | $71,391.42 | $10,937.10 |
| 5 | Phoenix Steel Service Inc | 7200-000 | $98,351.51 | $98,351.15 | $98,351.15 | $0.00 |
| 6 | Delaware Steel Company of Pennsylvania | 7200-000 | $106,367.88 | $106,367.88 | $106,367.88 | $0.00 |
| | Pioneer Transfer | 7100-000 | $17,000.00 | $0.00 | $0.00 | $0.00 |
| | West Boca Metals | 7100-000 | $16,451.33 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $354,256.64 | $365,499.45 | $320,804.95 | $17,784.25 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 15-80137-G1
**Case Name:** FLEMING STEEL & SUPPLY, INC.
**For the Period Ending:** 9/10/2019

**Trustee Name:** Janet S. Northrup
**Date Filed (f) or Converted (c):** 04/03/2015 (f)
**§341(a) Meeting Date:** 05/07/2015
**Claims Bar Date:** 08/17/2015

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | | |
| 1 | Pearland State Bank Acct # 754-253 | | $16,084.55 | $16,084.55 | | $16,084.55 | FA |
| 2 | Proof of Claim in Case No. 14-36229-7-; Margon Resources, Inc; Southern District of Texas, Houston Divison. | | $100,582.08 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | A proof of claim has been filed in the above case. Trustee is waiting to see if there will be any distribution to creditors. Will abandon pursuant to 554(c) as burdensome to the Estate. It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset as it appears this asset has little or no value. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | | |
| 3 | 2005 Toyota Tundra Pickup | | $1,800.00 | $1,800.00 | | $1,080.00 | FA |
| **Asset Notes:** | 10/28/15; #19; Order Granting Motion to Sell | | | | | | |
| 4 | 2004 Polaris 4-Wheeler | | $600.00 | $600.00 | | $600.00 | FA |
| **Asset Notes:** | 10/28/15; #19; Order Granting Motion to Sell | | | | | | |
| 5 | IPhone 6 - $300.00 IPhone 5 - $200.00 | | $500.00 | $500.00 | | $0.00 | FA |
| 6 | Fax/Scanner | | $70.00 | $70.00 | | $70.00 | FA |
| **Asset Notes:** | 10/28/15; #19; Order Granting Motion to Sell | | | | | | |
| 7 | MacBook 2 - $450.00, $200.00 | | $650.00 | $650.00 | | $650.00 | FA |
| **Asset Notes:** | 10/28/15; #19; Order Granting Motion to Sell | | | | | | |
| 8 | Small Fridge | | $50.00 | $50.00 | | $50.00 | FA |
| **Asset Notes:** | 10/28/15; #19; Order Granting Motion to Sell | | | | | | |
| 9 | Deer Stand & Deer Feeder | | $1,100.00 | $1,100.00 | | $1,100.00 | FA |
| **Asset Notes:** | 10/28/15; #19; Order Granting Motion to Sell | | | | | | |
| 10 | Class Action Lawsuit - CE Design vs. Matrix | **(u)** | $21.34 | $21.34 | | $21.34 | FA |
| 11 | Tax Refunds | **(u)** | $25,185.50 | $25,185.50 | | $25,185.50 | FA |
| 12 | Website: www.flemingsteel.com; Website is not functioning | **(u)** | $1.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate since the value of the asset had $1.00 value on the date of filing. It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | | |
| 13 | 2015 Tax Refund | **(u)** | $0.00 | $1,882.95 | | $1,882.95 | FA |
| | **TOTALS (Excluding unknown value)** | | **$146,644.47** | **$47,945.34** | | **$46,724.34** | **Gross Value of Remaining Assets** **$0.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 15-80137-G1
**Case Name:** FLEMING STEEL & SUPPLY, INC.
**For the Period Ending:** 9/10/2019

**Trustee Name:** Janet S. Northrup
**Date Filed (f) or Converted (c):** 04/03/2015 (f)
**§341(a) Meeting Date:** 05/07/2015
**Claims Bar Date:** 08/17/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

10/06/2016 TFR submitted to OUST.

09/02/2016 KWA's check is not on August bank statement. TFR can not be submitted until check clears and appears on the bank statement.

07/26/2016 KWA filed fee app.

07/20/2016 Miriam will not file a fee app and KWA mailed fee app today.

06/15/2016 Prepare email to Miriam regarding status of case.

04/12/2016 Trustee to make demand on David Fleming for preference payment of $85,000.

03/14/2016 Prepare email to Miriam Goott regarding status of demand letter to principal.

02/23/2016 Prepare email to Miriam Goott on status of chapter 5 analysis.

11/03/2015 Prepare email to Kim Bartley requesting bank statements for 2011, 2012 and 2013 no later than November 10, 2015.

11/02/2015 Claims reviewed. Sent email to Steel Trading Company regarding withdrawing duplicate claim.

09/29/2015 Motion to sell filed.

07/28/2015 No unclaimed funds found with Texas Comptroller.

07/07/2015 Email to Kimberly:

Kimberly,

The trustee has agreed to allow Mr. Fleming to purchase the deer feeder for $750. Please let me know if he accepts the trustee’s offer no later than July 14, 2015.

Thank you.

06/22/2015 Email from Kimberly:

Turea,

Mr. Fleming will accept the counter offer of $1,000 for the truck and purchase the assets for $2,800. Can you please confirm the deer stand / feeder is included? He had initially offered $550 for the stand and feeder (email from 5/19). These are the ones located about 200 miles north of Houston and are permanently anchored to the ground. Thanks.

Kimberly

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 15-80137-G1
**Case Name:** FLEMING STEEL & SUPPLY, INC.
**For the Period Ending:** 9/10/2019

**Trustee Name:** Janet S. Northrup
**Date Filed (f) or Converted (c):** 04/03/2015 (f)
**§341(a) Meeting Date:** 05/07/2015
**Claims Bar Date:** 08/17/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/19/2015 Email to Kimberly:

Kimberly,

The trustee has reviewed the Flemings offer to purchase the following personal property, Polaris 4-wheeler, fax/scanner, 2 Macs, and small fridge. The trustee is willing to allow the Flemings to purchase these items for $1,800 and you would have to prepare the motion to sell.

Also, for the 2005 Toyota Tundra, the trustee is willing to allow the Flemings to purchase the vehicle for $1,000.

Please let me know if your client wishes to accept this offer no later than June 26, 2015.

06/19/2015 Prepare email to Miriam regarding affidavit for application to employ.

06/09/2015 Mr. Fleming would like to offer $750 for the 2005 Tundra. The truck was titled in the name of Fleming Steel to get the company insurance rate but was not paid for by the company. This offer is based on the amount of work estimated to get the truck in working condition. A copy of the work estimate is attached.

Mr. Fleming would like to offer $550.00 for the deer stand and feeder. The stand and feeder are permanently anchored to the ground and would likely require a tractor-trailer to remove and transport them. They are located approximately 200 miles north of Houston.

06/09/2015 Email to Kim Bartley:

Kimberly,

Is the service plan for the iphones in the name of the debtor? There wasn't a specific amount for the iphones. Please make an offer on the iphones on or before June 10, 2015.

Thank you.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Case No.:** 15-80137-G1
**Case Name:** FLEMING STEEL & SUPPLY, INC.
**For the Period Ending:** 9/10/2019

**Trustee Name:** Janet S. Northrup
**Date Filed (f) or Converted (c):** 04/03/2015 (f)
**§341(a) Meeting Date:** 05/07/2015
**Claims Bar Date:** 08/17/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/21/2015 The Flemings would like to make the following offers on personal property:

1. $500.00 for the Polaris 4-Wheeler. It is running rough and they have been advised that it needs a new fuel pump, which is inside the gas tank. A new gas tank with the new fuel pump can be purchased for $900.00 parts & labor.

2. The iPhone 6+ and the iPhone 6 phones were purchased on a payment plan with AT&T. The Flemings would like to offer to take over the payments due.

3. $50.00 for the fax/scanner. It was purchased for $100 new a few year ago.

4. $500.00 for the 2 Macs. They also are a couple of years old.

5. $50.00 for the small fridge.

05/13/2015 Trustee's request for notice filed. Claims bar date: 8/17/15

05/13/2015 Email to Kim Bartley:

Ms. Bartley,

At the 341 meeting, you indicated that Mr. Fleming may be interested in purchasing the personal property of the debtor. According to schedule B, the debtor owns: 2005 Toyota Tundra, 2004 Polaris 4 wheeler, i-Phone 6, i-Phone 5, fax/scanner, (2)Macbooks, small fridge, and deer stand and feeder.

Please submit a written offer to purchase the personal property to our office no later than May 20, 2015.

04/24/2015 App to employ KWA filed.

04/16/2015 Miriam Goott looking at case. Trustee to employ her.

**Initial Projected Date Of Final Report (TFR):** 12/31/2016 **Current Projected Date Of Final Report (TFR):** 01/31/2019

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 15-80137-G1
**Case Name:** FLEMING STEEL & SUPPLY, INC.
**Primary Taxpayer ID #:** **-***6612
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 4/3/2015
**For Period Ending:** 9/10/2019

**Trustee Name:** Janet S. Northrup
**Bank Name:** Independent Bank
**Checking Acct #:** ******0137
**Account Title:**
**Blanket bond (per case limit):** $69,990,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/16/2015 | (1) | Pearland State Bank | Funds on Deposit | | 1129-000 | $16,084.55 | | $16,084.55 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $9.20 | $16,075.35 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $25.93 | $16,049.42 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $25.05 | $16,024.37 |
| 07/14/2015 | (10) | CE Design v. Matrix Class Settlement | Proceeds; Settlement | | 1249-000 | $21.34 | | $16,045.71 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $25.86 | $16,019.85 |
| 08/17/2015 | | David Fleming | 10/28/15; #19 | | * | $3,550.00 | | $19,569.85 |
| | {3} | | 2005 Toyota Tundra Pickup | $1,080.00 | 1129-000 | | | $19,569.85 |
| | {4} | | 2004 Polaris 4-Wheeler | $600.00 | 1129-000 | | | $19,569.85 |
| | {6} | | Fax/Scanner | $70.00 | 1129-000 | | | $19,569.85 |
| | {7} | | MacBook 2 | $650.00 | 1129-000 | | | $19,569.85 |
| | {9} | | Deer Stand & Deer Feeder | $1,100.00 | 1129-000 | | | $19,569.85 |
| | {8} | | Small Fridge | $50.00 | 1129-000 | | | $19,569.85 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $28.42 | $19,541.43 |
| 09/14/2015 | (11) | United States Treasury | Proceeds; 2013 Tax Refund | | 1229-000 | $11,453.00 | | $30,994.43 |
| 09/14/2015 | (11) | United States Treasury | Proceeds; 2012 Tax Refund | | 1229-000 | $13,732.50 | | $44,726.93 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $51.47 | $44,675.46 |
| 09/30/2015 | 1001 | UNITED STATES BANKRUPTCY COURT | 09/29/15; #16 (Filing Fee) | | 2700-003 | | $176.00 | $44,499.46 |
| 10/05/2015 | 1001 | UNITED STATES BANKRUPTCY COURT | Stop Payment Issued; Check never received by Clerk's office | | 2700-003 | | ($176.00) | $44,675.46 |
| 10/21/2015 | 1002 | UNITED STATES BANKRUPTCY COURT | 09/29/15; #16 (Filing Fee) | | 2700-000 | | $176.00 | $44,499.46 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $72.00 | $44,427.46 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $69.34 | $44,358.12 |
| 12/01/2015 | 1003 | Internation Sureties, LTD | 2015 Blanket Premium Bond | | 2300-000 | | $22.20 | $44,335.92 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $71.51 | $44,264.41 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $71.39 | $44,193.02 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $66.68 | $44,126.34 |
| | | | | | **SUBTOTALS** | $44,841.39 | $781.73 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-80137-G1 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | FLEMING STEEL & SUPPLY, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***6612 | **Checking Acct #:** | ******0137 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/3/2015 | **Blanket bond (per case limit):** | $69,990,000.00 |
| **For Period Ending:** | 9/10/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.17 | $44,055.17 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $68.76 | $43,986.41 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.95 | $43,915.46 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $68.54 | $43,846.92 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.72 | $43,776.20 |
| 08/30/2016 | 1004 | KEN WOOD & ASSOCIATES | 08/26/16; #27 | * | | $9,205.27 | $34,570.93 |
| | | | $(9,037.00) | 3410-000 | | | $34,570.93 |
| | | | $(168.27) | 3420-000 | | | $34,570.93 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.61 | $34,500.32 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $54.33 | $34,445.99 |
| 01/11/2017 | | INTERNAL REVENUE SERVICE | Distribution on Claim #: ; Amount Allowed: 3,865.00; Claim #: ; Distribution Dividend: 100.00; | 5300-000 | | $3,865.00 | $30,580.99 |
| 01/11/2017 | | INTERNAL REVENUE SERVICE | Distribution on Claim #: ; Amount Allowed: 807.00; Claim #: ; Distribution Dividend: 100.00; | 5800-000 | | $807.00 | $29,773.99 |
| 01/11/2017 | 1005 | Janet S. Northrup | Trustee Compensation | 2100-000 | | $5,234.14 | $24,539.85 |
| 01/11/2017 | 1006 | G David Fleming | Distribution on Claim #: 7; Amount Allowed: 10,000.00; Claim #: 7; Distribution Dividend: 100.00; | 5300-000 | | $6,135.00 | $18,404.85 |
| 01/11/2017 | 1007 | TEXAS WORKFORCE COMMISSION | Distribution on Claim #: ; Amount Allowed: 243.00; Claim #: ; Distribution Dividend: 100.00; | 5800-000 | | $243.00 | $18,161.85 |
| 01/11/2017 | 1008 | Internal Revenue Service | Distribution on Claim #: 8; Amount Allowed: 1,752.20; Claim #: 8; Distribution Dividend: 100.00; | 5800-000 | | $1,752.20 | $16,409.65 |
| 01/11/2017 | 1009 | Steel Trading Company Inc | Distribution on Claim #: 3; Amount Allowed: 44,694.50; Claim #: 3; Distribution Dividend: 14.14; | 7100-000 | | $6,317.92 | $10,091.73 |
| 01/11/2017 | 1010 | OPS Sales Company | Distribution on Claim #: 4; Amount Allowed: 71,391.42; Claim #: 4; Distribution Dividend: 14.14; | 7100-000 | | $10,091.73 | $0.00 |
| 04/25/2017 | 1007 | VOID: TEXAS WORKFORCE COMMISSION | | 5800-003 | | ($243.00) | $243.00 |
| 04/26/2017 | 1011 | TEXAS WORKFORCE COMMISSION | | 5800-000 | | $243.00 | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $44,126.34 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-80137-G1 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | FLEMING STEEL & SUPPLY, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***6612 | **Checking Acct #:** | ******0137 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/3/2015 | **Blanket bond (per case limit):** | $69,990,000.00 |
| **For Period Ending:** | 9/10/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $44,841.39 | $44,841.39 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $44,841.39 | $44,841.39 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $44,841.39 | $44,841.39 | |

**For the period of 4/3/2015 to 9/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $44,841.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,841.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $44,841.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $44,841.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/16/2015 to 9/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $44,841.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,841.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $44,841.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $44,841.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 15-80137-G1
**Case Name:** FLEMING STEEL & SUPPLY, INC.
**Primary Taxpayer ID #:** **-***6612
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 4/3/2015
**For Period Ending:** 9/10/2019

**Trustee Name:** Janet S. Northrup
**Bank Name:** Independent Bank
**Checking Acct #:** ******0137
**Account Title:** General
**Blanket bond (per case limit):** $69,990,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/17/2018 | (13) | United States Treasury | 2015 Tax Refund | 1224-000 | $1,882.95 | | $1,882.95 |
| 01/02/2019 | 2001 | Clerk, U.S. Bankruptcy Court | 15-80137; Motion to Reopen Filing Fee | 2700-000 | | $260.00 | $1,622.95 |
| 05/31/2019 | 2002 | Janet S. Northrup | Trustee Compensation | 2100-000 | | $188.29 | $1,434.66 |
| 05/31/2019 | 2003 | Janet S. Northrup | Trustee Expenses | 2200-000 | | $60.06 | $1,374.60 |
| 05/31/2019 | 2004 | Steel Trading Company Inc | Distribution on Claim #: 3; Amount Allowed: 44,694.50; Claim #: 3; Distribution Dividend: 15.32; | 7100-000 | | $529.23 | $845.37 |
| 05/31/2019 | 2005 | OPS Sales Company | Distribution on Claim #: 4; Amount Allowed: 71,391.42; Claim #: 4; Distribution Dividend: 15.32; | 7100-000 | | $845.37 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $1,882.95 | $1,882.95 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $1,882.95 | $1,882.95 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $1,882.95 | $1,882.95 | |

**For the period of 4/3/2015 to 9/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,882.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,882.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,882.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,882.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/17/2018 to 9/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,882.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,882.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,882.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,882.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-80137-G1 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | FLEMING STEEL & SUPPLY, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***6612 | **Checking Acct #:** | ******0137 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | General |
| **For Period Beginning:** | 4/3/2015 | **Blanket bond (per case limit):** | $69,990,000.00 |
| **For Period Ending:** | 9/10/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $46,724.34 | $46,724.34 | $0.00 |

**For the period of 4/3/2015 to 9/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $46,724.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,724.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,724.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,724.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/03/2015 to 9/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $46,724.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,724.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,724.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,724.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP